U.S.

v.

Jonathan MARTINEZ

No. 17-0563/AR

U.S. Court of Appeals for
the Armed Forces.

August 29, 2017

CCA 20150474

DAILY JOURNAL

Interlocutory Orders

Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 18, 2017.

U.S.

v.

Reginald A. PATTERSON

No. 17-0569/MC

U.S. Court of Appeals for
the Armed Forces.

August 29, 2017

CCA 201600189

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

Joseph A. LANCINA

No. 17-0570/NA

U.S. Court of Appeals for
the Armed Forces.

August 29, 2017

CCA 20160242

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

Emilio J. SCHELMETTY

No. 17-0572/AR

U.S. Court of Appeals for
the Armed Forces.

August 29, 2017

CCA 20150488

DAILY JOURNAL

Petitions for Grant of Review Filed

